Civil Case: 24-cv-03461-RTG

1516 La Paz Dr

Plano, TX 75074

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:13 am, Aug 04, 2025
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

HARITHARAN MAHALINGAM

**Plaintiff Vs.**

COLORADO STATE UNIVERSITY

**Defendant**

**Motion to Continue the case for trial -Answer defendant's Request**

Plaintiff is requesting the court and defendant to give him a fair chance, whether with or without an attorney, to analyze and present all collected evidence, validate any found law violations, and provide more information about the case. Plaintiff is requesting the court to ask questions to the defendant. This will ensure a fair decision on the case. The plaintiff brought this case after more than a hundred witnesses, including legal experts and government entities. The plaintiff has not given any reason for the defendant or this court to cancel the case without a fair trial. If the court wants to appoint a middle agent who can perform all these tasks in this case, this might work as well. **Pro Se clinics** said that they cannot continue to assist with my case. But the plaintiff must have an attorney to continue this case to trial. It is a plaintiff's basic civil right to present their case in court.

Respectfully Submitted,

Yours faithfully,

_M.Haritharan_

Haritharan Mahalingam