IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-3461-GPG-SBP

Haritharan Mahalingam,

    Plaintiff,

v.

Colorado State University,

    Defendant.

## RESPONSE TO PLAINTIFF'S MOTIONS TO CONTINUE THE CASE FOR TRIAL

Defendant, Colorado State University (CSU), through undersigned counsel, the Colorado Attorney General's Office, hereby submits the following Response to Plaintiff's Motions to Continue the Case for Trial (Doc. 40 and Doc. 41). In doing so, CSU states as follows.

1. Plaintiff filed previous motions to continue the case for trial and for the appointment of pro-bono counsel. *See* Doc. 28 and Doc. 29.

2. At a status conference on July 16, 2025, this Court denied Plaintiff's request to continue the case and denied Plaintiff's request for pro bono counsel without prejudice considering the need to resolve jurisdictional issues raised in CSU's pending Motion to Dismiss (Doc. 24). *See* Courtroom Minutes, Doc. 38.

3. To the extent Plaintiff seeks reconsideration of this Court's July 16, 2025 ruling, Plaintiff provides no new relevant facts or legal arguments in his most recent

motions that were not available to him at the time of his original motions. Therefore, reconsideration is not warranted of this Court's July 16, 2025 ruling. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("[A] motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate [in a motion for reconsideration] to revisit issues already addressed or advance arguments that could have been raised in prior briefing."). (internal citations omitted).

4. To the extent Plaintiff's motions are intended as an objection to this Court's July 16, 2025 ruling, Plaintiff still fails to demonstrate good cause for a continuance of the case to find counsel, or that he qualifies for the appointment of pro bono counsel under D.C.COLO.LAttyR 15. *See* CSU's prior Response to Plaintiff's Motion to Continue and Plaintiff's Motion for Appointment of Counsel (Doc. 37), incorporated herein by this reference.

WHEREFORE, CSU respectfully requests this Court deny Plaintiff's repeated requests to continue the case and for the appointment of pro bono counsel.

Respectfully submitted this 8th day of August 2025.

PHILIP J. WEISER
Attorney General

/s/ Natalie Powell

NATALIE POWELL, 35680*
Senior Assistant Attorney General
LINDSEY SCHWARTZ, 60945*
Assistant Attorney General Fellow

Colorado Attorney General's Office
1300 Broadway, 7th Floor
Denver, Colorado 80203
(720) 508-6420; (720) 508-6124
natalie.powell@coag.gov
lindsey.schwartz@coag.gov

*Counsel of Record
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I certify that I served the foregoing on all parties herein via the ECF system or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 8th day of August, 2025, addressed as follows:

Haritharan Mahalingam
1516 La Paz Dr.
Plano, TX 75074
hmahaling@gmail.com

*Plaintiff Pro Se*

                                                  */s/ Jen Davis-Weiser*